## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAIRYLAND ANIMAL CLINIC, S.C., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> AMATHEON, INC., and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No.: 1:16-CV-21820 <br><br> **CLASS ACTION** <br><br> Hon. Kathleen M. Williams |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DAIRYLAND ANIMAL CLINIC, S.C., and Defendant, AMATHEON, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs.

Respectfully submitted,

DAIRYLAND ANIMAL CLINIC, S.C.

By: s/Ryan M. Kelly
    Ryan M. Kelly – FL Bar. 90110

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkellly@andersonwanca.com

AMATHEON, INC.

By: s/David Poell   (with permission)
    David Poell – *Admitted pro hac vice*

Sheppard, Mullin, Richter & Hampton LLP
70 West Madison Street, 48th Floor
Chicago, IL  60602
Telephone:  312-499-6300 / Fax:  312-499-6301
Email:  dpoell@sheppardmullin.com

Mark D. Schellhase – Florida Bar No. 57103
GRAY ROBINSON, P.A.
225 NE Mizner Boulevard, Suite 500
Boca Raton, FL  33432
Telephone:  561-368-3808 / Fax:  561-368-4008
Email: mark.schellhase@gray-robinson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/Ryan M. Kelly